

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00643-CR

Demetriss Montel **GREEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 23-1922-CR-B
Honorable Gary L. Steel, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: December 11, 2024

DISMISSED FOR LACK OF JURISDICTION

A timely notice of appeal is necessary to invoke the jurisdiction of a court of appeals. *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id.* (citing TEX. R. APP. P. 26.2(a)(1)).

The trial court imposed sentence in the underlying cause on July 17, 2024. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on August 16,

2024.  TEX. R. APP. P. 26.2(a)(1).  A motion for extension of time to file the notice of appeal was due on September 3, 2024.  TEX. R. APP. P. 26.3.  Appellant, however, did not file his notice of appeal until September 5, 2024, and appellant did not file a motion for extension of time to file the notice of appeal.  Thus, appellant's notice of appeal is untimely.

On October 7, 2024, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.  To date, appellant has not responded to our order.  Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH